3
BANKRUPTCY LAW GROUP, PC
Chad M. Johnson, SBN: 232417
11230 Gold Express Dr, Suite 310 #361
Gold River, CA 95670-4484
Tel: 916-678-5000
Fax: 888-843-7260
ChadJ@Bankruptcylg.com
Attorneys for Debtor(s)
Sharise N Allen

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT COURT OF CALIFORNIA

| In re:<br>Sharise N Allen<br><br>          Debtor(s). | Case No: 17-21446<br>Chapter: 13<br>DCN: BLG-6<br><br>**MOTION TO SELL REAL PROPERTY**<br>**[11 U.S.C. 363(b) §§ and 1303]**<br><br>Hearing: 12/4/18 @ 1:00 PM<br>Judge: Honorable Christopher D Jaime<br>Courtroom: 6th Floor, Court Rm 32, Dept B |
|---|---|

TO: THE HONORABLE UNITED STATES BANKRUPTCY COURT JUDGE; THE UNITED STATES TRUSTEE; CHAPTER 13 TRUSTEE David Cusick; AND TO ALL OTHER INTERESTED PARTIES:

Debtors moves this court for an order authorizing the Debtor to sell real property, described below, pursuant to the terms and conditions described as follows:

1. Debtor filed her Chapter 13 Petition on March 6, 2017.

2. On March 6, 2017 Debtor filed her Original Plan (DN 5).

3. On May 12, 2017 Debtor filed her First Amended Plan (DN 27) which was confirmed on July 26, 2017 (DN 38).

4. Debtor engaged the services of Amy Loaefa with Re/Max Gold, to list the property for sale.

5. On or about October 25, 2018, Debtor received an offer to purchase the property for $469,000.00 (See **Exhibit A**). Debtor has accepted the offer, subject to this Court's approval.

6. Debtor has obtained a preliminary report (See **Exhibit B**).

7. Based on the offer, filed claims and the preliminary report Debtor estimates the following:

| | |
|---|---:|
| Purchase Price | $469,000.00 |
| Estimated Costs of Sale & Broker Fees | |
| Realtor Commission (Selling & Listing Agents) 5% | <$23,950.00> |
| Wells Fargo Bank, N.A. – First Deed of Trust (Proof of Claim #3) | <$354,161.82> |
| CalHFA Mortgage Assistance Corp – Second Deed of Trust (no Proof of Claim filed) | <$10,613.68> |
| 2018-2019 Property Taxes | <$3,428.91> |
| Estimated Net for Seller | $76,845.59 |

8. Debtor has scheduled the following unsecured liabilities:

| Creditor | Scheduled Amount | Claim Amount |
|---|---:|---:|
| Capital One Bank USA NA | $500.00 | No Claim Filed |
| ECMC | $0.00 | $2,645.92 |
| Employment Development Department | $1,920.00 | $2,417.78 |
| Franchise Tax Board | $1,691.00 | $0.00 |
| Grant & Weber | $826.00 | $0.00 |
| Grant & Weber | $137.00 | No Claim Filed |
| Monroe & Main (Creditors Bankruptcy Service) | $194.00 | $194.67 |
| Portfolio Recovery Associates, LLC | $0.00 | $500.85 |
| Rash Curtis & Associates | $356.00 | $0.00 |
| Seventh Avenue | $52.00 | $52.00 |
| Titan Revenue Solution | $46.00 | $0.00 |
| US Department of Education | $1,703.00 | $0.00 |
| US Department of Education | $901.00 | $0.00 |
| **TOTAL** | **$8,326.00** | **$5,811.22** |

9. The last date to file claims was July 5, 2017 The last date for government creditors was September 2, 2017.

10. The escrow holder will be:

   Placer Title Company
   1300 Oliver Rd, Suite 120
   Fairfield, CA 94534
   (707) 429-2211 Fax: (707) 429-1230

WHEREFORE, Debtor respectfully requests an Order:

1. Authorizing Debtor to sell Property for the amount of $469,000.00;
2. Authorizing the Chapter 13 Trustee to submit a demand upon escrow for sufficient funds to pay off the plan with a 100% dividend to unsecured creditors;
3. That Debtor is to provide the Chapter 13 Trustee a copy of the escrow closing statement within 14 days of the close of escrow;
4. That the judgment liens of EDD (x2) and Midland Funding be paid as unsecured creditors through the Chapter 13 Plan per their allowed filed claims

DATED: 11/5/2018     By:     /s/*Chad M Johnson*
                             Chad M Johnson, Esq.
                             Bankruptcy Law Group, PC