**3**

BANKRUPTCY LAW GROUP, PC
Chad M Johnson, SBN: 232417
11230 Gold Express Dr, Suite 310 #361
Gold River, CA 95670-4484
Tel:  916-678-5000
Fax: 888-843-7260
ChadJ@Bankruptcylg.com

Attorneys for Debtor(s)
Sharise N Allen

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 17-21446 |
| | Chapter: 13 |
| Sharise N Allen | DCN: BLG-5 |
| | |
| | **DECLARATION OF AMY LOAFEA IN SUPPORT OF APPLICATION/MOTION TO EMPLOY REAL ESTATE BROKER** |
| Debtor(s). | |
| | Hearing: 12/4/18 @ 1:00 PM |
| | Judge: Honorable Christopher D Jaime |
| | Courtroom: 6th Floor, Court Rm 32, Dept B |

I, Amy Loaefa, hereby declare under penalty of perjury under the laws of the State of California the following:

1.       I have personal knowledge of this declaration herein, and am willing and competent to testify thereto if called upon to do so.

2.       I am a citizen of the State of California.

3.       I am a licensed real estate salesperson in the State of California and am, and at all times mentioned herein was, a real estate agent employed by Re/Max Gold.

4.       I am the real estate agent ready to list the property commonly known as 1612 McGuire Circle, Suisun City, CA 94585 ("Property").

5.     I have signed a listing agreement on October 12, 2018, and that listing agreement is also filed herewith as EXHIBIT A.

6.     I am a licensed real estate salesperson and I am very familiar with the real estate market in the Suisun City area. My California Bureau of Real Estate license identification number is 01789596.

7.     I have met with the Debtor, Sharise N Allen, to discuss marketing and selling her Property.

8.     Ms. Allen has requested that Re/Max Gold represent her in negotiating a sale of the Property.

9.     Subject to an Order authorizing Re/Max Gold's employment by this Court, Re/MaxGold is willing to market and sell the property for a commission of 5% of the purchase price.

10.     I have reviewed Ms. Allen's Application to Employ and to the best of my knowledge, neither I nor any employee of Re/Max Gold hold an interest adverse to the bankruptcy estate with respect to matters for which it is to be employed. Nor do I or any employee have any connection with or interest in Ms. Allen beyond the instant professional representation requested, any creditor of the bankruptcy estate, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any other person employed by the United States Trustee. Based on the above and having read 11 U.S.C. § 101(14) provided to me by Ms. Allen's legal counsel, I believe I am a disinterested person as that term is defined.

11.     I understand that no commission is due and payable unless and until an order approving the sale of the Property has been entered by the Court, the purchase price has been paid, and escrow has closed. I have been provided a copy of, and read, 11 U.S.C. § 328(a), and have agreed, notwithstanding the terms and conditions of my employment herein as set forth in Ms.

1 | Allen's Application, that this Court may ultimately allow compensation different from the

2 | compensation provided herein.

3 | I, Amy Loaefa, declare under penalty of perjury under the laws of the State of California that the

4 | foregoing is true and correct.

5

6

7 | DATE: 11/5/2018

8 | Amy Loaefa, Declarant

9